[No. 44766-5-II.   Division Two.   August 11, 2015.]

SCOTT B. OSBORNE, *as Personal Representative, Respondent,* v. THE DEPARTMENT OF REVENUE, *Appellant.*

by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 45504-8-II.   Division Two.   August 11, 2015.]

BESSIE WILLIAMS, *Appellant,* v. JOHN DOE ET AL., *Respondents.*

by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 45777-6-II.   Division Two.   August 11, 2015.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREW HILTON SMITH, *Appellant.*

by unpublished opinion per Lee, J., concurred in by Worswick and Maxa, JJ.

[No. 45917-5-II.   Division Two.   August 11, 2015.]

*In the Matter of the Estate of* ANITA D. TUTTLE.

DAISY ANDERSON ET AL., *Appellants,* v. PATRICIA HICKLIN, *as Personal Representative, Respondent.*

by unpublished opinion per Bjorgen, A.C.J., concurred in by Lee and Sutton, JJ.